IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RAY A. KNIGHT,

Plaintiff,

v.

1:26-CV-124-DAB-JGM

ELON UNIVERSITY,

Defendant.

## **JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

This the 27th day of May, 2026.

  /s/ David A. Bragdon
United States District Judge